IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.:  98-7044 CIV

JUDGE DIMITROULEAS

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

vs.

DAVID MORGENSTERN, et al.,

       Defendants.

_____/



## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Defendants, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b), hereby move this Honorable Court for the entry of an Order enlarging the time within which to respond to the Plaintiffs' Complaint.  The basis for this Motion is as follows:

1. The parties are engaging in settlement discussions in the above-styled action; pursuant to said settlement discussions, Plaintiff's counsel  has no objection to Defendants having an extension of time within which to respond to the Plaintiff's Complaint up through and including November 21, 1998, so that the parties may further settlement discussions.

2. Therefore, Defendants respectfully request an enlargement of time of thirty (30) days within which to respond to the Plaintiffs' Complaint, up to and including November 21, 1998.

**WHEREFORE,** Defendants pray this Honorable Court enter an Order granting them an enlargement of time within which to respond to the Plaintiffs' Complaint and grant any and all further relief this Court deems just and proper.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides that "…cause shown" the Court may grant an enlargement of time to the Defendants to respond to the Plaintiffs' Complaint.  Where, as here, the parties are in the midst of settlement discussions, and where Plaintiff's counsel has no objection to said extension of time to respond pending settlement discussions, good cause has been shown for the requested enlargement of time within which to respond to the Complaint.

Accordingly, Defendants respectfully request an enlargement of time for thirty(30) days, up to and including November 21, 1998, within which for the Defendants to respond to the Plaintiff's Complaint, as good cause has been demonstrated herein.

Respectfully submitted,

LAURIE BOLCH, ESQUIRE
Attorney for Defendants
Florida Bar No. 764477
LAURIE BOLCH, P.A.
555 South Federal Highway, Suite 400
Boca Raton, Florida  33432
561-338-0477 - Phone
561-338-0477 - Facsimile

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served ~~via Facsimile transmission~~ to Glen A. Harris, Esquire ~~at (305) 536-7465~~ ~~and~~ via U.S. Mail at Securities and Exchange Commission, 1401 Brickel Avenue, Suite 200, Miami, Florida 33131 this 21st day of OCTOBER, 1998.

LAURIE BOLCH, ESQUIRE