UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 98-7044-CIV-DIMITROULEAS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DAVID MORGENSTERN, FRED MORGENSTERN, BERNADETTE STEVENS, and AMQUEST INTERNATIONAL, LTD.,

    Defendants.

_____/



### NOTICE OF APPEARANCE

PLEASE NOTE THE APPEARANCE of the law firm of Tew Cardenas Rebak Kellogg Lehman DeMaria & Tague, L.L.P. as counsel of record for Defendant, Bernadette Stevens, in the above-captioned matter. Please forward copies of all subsequent pleadings, court filings, and correspondence to Steven M. Katzman, Esq., Tew Cardenas Rebak Kellogg Lehman DeMaria & Tague, L.L.P., Palm Beach Office, Comeau Building, Suite 1000, 319 Clematis Street, West Palm Beach, Florida 33401.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished by U.S. Mail to Glenn A Harris, Esquire and Jeffrey A. Cohen, Securities and Exchange Commission, 1401 Brickell



Avenue, Suite 200, Miami, Florida 33131; and Laurie Bolch, Esquire, 555 South Federal Highway, Suite 400, Boca Raton, FL 33432 this 25th day of May, 1999.

> TEW, CARDENAS, REBAK, KELLOGG,
> LEHMAN, DeMARIA & TAGUE, L.L.P.
> Co-Counsel for Plaintiff
> Suite 1000/Comeau Building
> 319 Clematis Street
> West Palm Beach, Florida 33401
> Tel. (561) 835-4200
> Fax (561) 835-1242
>
> By: _____
> STEVEN M. KATZMAN
> Fla. Bar No.: 375861