


**ORIGINAL**

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | 98-7044-CIV-Dimitrouleas |
| v. ) | |
| ) | |
| DAVID MORGENSTERN, ) | **NOTICE OF TAKING** |
| FRED MORGENSTERN, ) | **DEPOSITIONS** |
| BERNADETTE STEVENS, AND ) | |
| AMQUEST INTERNATIONAL, LTD., ) | |
| ) | |
| Defendants. ) | |

TO DEFENDANTS AND THEIR COUNSEL:

PLEASE TAKE NOTICE that plaintiff Securities and Exchange Commission ("Commission"), by and through its undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition(s) of the following person(s) at the date, time and location indicated below:

| DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| Ormando Gomez | October 26, 1999<br>10:00 AM | U.S. Securities and<br>Exchange Commission<br>1401 Brickell Avenue<br>Suite 200<br>Miami, FL 33131 |
| Bernadette Stevens | October 27, 1999<br>10:00 AM | U.S. Securities and<br>Exchange Commission<br>1401 Brickell Avenue<br>Suite 200<br>Miami, FL 33131 |



The depositions will continue from day to day before a person duly authorized to administer oaths until concluded and shall be recorded stenographically and/or by videotape and shall be used for all purposes, including trial.

Dated: September 30, 1999     By: /s/ Edward A. Sullivan
Edward G. Sullivan
Senior Trial Counsel
Florida Bar No. 0473618
Direct Dial: (404) 842-7612

Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326
Telephone: (404) 842-7612
Facsimile: (404) 842-7666

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by United States first-class mail this 30th day of September, 1999, upon the following:

Laurie Bolch, Esq.
Attorney for Defendants
555 South Federal Highway, Suite 400
Boca Raton, FL 33432

Steven M. Katzman, Esq.
Tew Cardenas et al.
Comeau Building, Suite 1000
319 Clematis Street
West Palm Beach, Florida 33401

/s/ Edward A. Sullivan
Edward G. Sullivan
Senior Trial Counsel
Florida Bar No. 0473618
Direct Dial: (404) 842-7612

Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION