UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-7044-CIV-SEITZ/GARBER

SECURITIES AND EXCHANGE COMMISION,

    Plaintiff,

v.

DAVID MORGENSTERN,
FRED MORGENSTERN,
BERNADETTE STEVENS, AND
AMQUEST INTERNATIONAL, LTD.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Please be advised that the undersigned law firm has been retained by Mr. Fred Morgenstern to represent him in the above-captioned litigation. All future correspondence and communications should be directed to the undersigned.

        SULLIVAN & RIVERO, P.A.
        Co-Counsel for Fred Morgenstern
        Miami Center, Suite 2550
        201 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 371-7781

By: _____
        DAVID R. CHASE
        Florida Bar No. 967970

CASE NO. 98-7044-CIV- SEITZ/GARBER

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the was served by mail and facsimile to: **EDWARD G. SULLIVAN, ESQ.**, Securities and Exchange Commission, Atlanta District Office, 3475 Lenox Road, N.E., Suite 1000, Atlanta, Georgia 30326-1232; **STEVEN M. KATZMAN, ESQ.**, Tew, Cardenas, Rebak, et al., 319 Clematis Street, Suite 1000, West Palm Beach, Florida 33401; **LAURIE BOLCH, ESQ.**, 2260 North Dixie Highway, Boca Raton, Fl 33431 on March _15_, 2000.

DAVID R. CHASE

2